# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HOBBS, Truman M. | USDC (MD AL) | 5/14/10 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| USDJ (Senior Status) | ☐ Nomination. Date<br>☐ Initial  ☒ Annual  ☐ Final<br>5b. ☐ Amended Report | Jan 1, 2009<br>to<br>Dec 31, 2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U S Courthouse<br>1 Church St., Suite D-300<br>Montgomery, AL 36104 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions.)

☐ NONE (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director and officer of charitable foundation (Hobbs Foundation). | |
| 2. I am co-trustee of Trusts 5 and 6. I have no financial interests | |
| 3. in the trusts. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions.)

☒ NONE (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Hobbs, Truman M.

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/14/10 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse: see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[X] XXX NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section. (Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment. (Includes those to spouse and dependent children, see pp. 25-27 of filing instructions.)*

[X] XXX NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/14/10 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☒ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/14/10 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| M Lynch CMA MF (changed in July 2009 to FFI Institl Tax Expt Fnd) | | | | | | | | | |
| | A | I/D | N | T | | | | | |
| MUNICIPAL BONDS | | | | | | | | | |
| Baldwin Cty, AL | B | Int | K | T | | | | | |
| Al St Pub Sch & Coll | B | " | K | T | Part Redeemed | 6/15 | K | | |
| Ala Drkg Wtr Fin | D | " | M | T | | | | | |
| Ala Wtr Pln Ctr | D | " | M | " | | | | | |
| Un Ala Un Rev Gen | D | " | M | " | | | | | |
| Mtgy Cty AL | B | " | L | " | | | | | |
| Mobile Cty AL | C | " | K | " | | | | | |
| Enterprise AL Wts | D | " | M | " | | | | | |
| Ala Bldg Renovation | B | " | K | " | | | | | |
| Daphne AL Wts & Imp | C | " | L | " | | | | | |
| Foley ALa Pub FACS Coop | None | | K | " | Bought | 10/13 | K | | |
| Smiths AL Wts Wa | None | | K | " | Bought | 12/9 | K | | |
| COMMON STOCKS | | | | | | | | | |
| Koninkl Phil E | C | Div | M | T | | | | | |
| Wells Fargo (known as Wells Fargo & Co (New) | B | Div | M | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001- 2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

XXXXXXXXX
XXXXXXXXX

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/14/10 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. NOTE: All other pages of VII. Investments and Trusts (including Page 5) will show lines 86 through 102 - reference, if needed, will be made to | | | | | | | | | |
| 87. page number and line number. | | | | | | | | | |
| 88. COMMON STOCKS - continued | | | | | | | | | |
| 89. CONOCO PHILLIPS | C | Div | N | T | | | | | |
| 90. Intermec | None | | K | T | | | | | |
| 91. Baxter Intl Inc | A | Div | K | T | | | | | |
| 92. DUKE ENERGY COMMON | C | " | M | " | | | | | |
| 93. COLG PALM COMMON | A | " | K | " | | | | | |
| 94. BARRICK GOLD COMM | B | " | M | " | | | | | |
| 95. BERKSHIRE HATH DEL CL | None | | M | T | | | | | |
| 96. COHEN & STEERS REIT | B | Div | K | " | | | | | |
| 97. COHEN & STEERS SELECT (Transferred from IRA account) | A | Div | J | " | | | | | |
| 98. SPECTRA ENERGY | B | Div | L | T | | | | | |
| 99. KINDER MORGAN ENERGY | C | P/S | M | " | | | | | |
| 100. WEYERHAEUSER CO | B | Div | L | " | | | | | |
| 101. DIAGEO PLC Spsd ADR | A | Div | K | " | | | | | |
| 102. | | | | | | | | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

# FINANCIAL DISCLOSURE REPORT
Page 9 of 11

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/14/10 |

## VII. INVESTMENTS and TRUSTS — income. value. transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income. assets. or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy. sell. redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer-seller (if private transaction) |
| 86. MUTUAL FUNDS | | | | | | | | | |
| 87. BLACKROCK INTER MF A1 | D | I/D | M | T | | | | | |
| 88. BLACKROCK MUNIENH | E | " | N | " | | | | | |
| 89. BLACKROCK MUNIVEST | D | " | M | " | | | | | |
| 90. DWS GOLD & PREC MTL CL C | A | Int | K | T | | | | | |
| 91. MUNICIPAL BONDS | | | | | | | | | |
| 92. Ala Hs Fin SF | B | Int | K | T | Part called | 10/1 | J | | |
| 93. Huntsvi Mdsn Cty AL | B | " | K | T | | | | | |
| 94. Mtgy Al BMC Spl | B | " | K | " | Part Redeemed | 5/15 | K | | |
| 95. Mobile AL IDB Pltn | B | " | K | " | | | | | |
| 96. Autauga Cty AL BED | B | " | | | Redeemed | 4/1 | K | A | |
| 97. Homewood AL Ed Sa | C | " | L | T | | | | | |
| 98. Autauga Cty AL Pub | C | " | | | Redeemed | 6/1 | L | | |
| 99. Auburn AL Wts | C | " | | | Redeemed | 10/22 | K | A | |
| 100. Cullman Cty AL Wtr | D | " | L | T | | | | | |
| 101. Madison Cty AL B/Ed | D | " | L | " | | | | | |
| 102. Troy AL Wts | C | " | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - ..... | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - ..000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 9 of 11

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/14/10 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. MUNICIPAL BONDS - continued | | | | | | | | | |
| 87. Florence Al Wts | B | Int | K | T | | | | | |
| 88. Foley AL Pub Facs | None | | K | T | Bought | 10/13 | K | | |
| 89. Smiths AL Wts WA | None | | L | T | Bought | 12/9 | L | | |
| 90. Jacksonvi AL St Univ X C | Int | | L | T | Bought | 5/28 | L | | |
| 91. MUTUAL FUNDS | | | | | | | | | |
| 92. MFS Ala Mun Bd A | D | Div | M | T | | | | | |
| 93. Putnam Fd G & I | A | D/CG | L | T | | | | | |
| 94. CLOSED END FUNDS | | | | | | | | | |
| 95. Templeton Dragon | D | D/CG | M | T | | | | | |
| 96. TriContinental | A | Div | M | T | Part Sold | 12/2 | L | | |
| 97. COMMON STOCKS | | | | | | | | | |
| 98. Air Products | D | Div | N | T | | | | | |
| 99. Wyeth (exchngd for Pfizer) | D | " | N | T | EXCHANGED | 10/16 | N | H1 | |
| 100. MUNICIPAL BONDS | | | | | | | | | |
| 101. Jefferson Cty AL | C | Int | L | T | | | | | |
| 102. Vestavia Hills AL | B | " | K | " | | | | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)   U =Book Value   V =Other   W =Estimated

# FINANCIAL DISCLOSURE REPORT

Page 8 of kk

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/14/10 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. MUNICIPAL BONDS | | | | | | | | | |
| 87. Oxford AL Rec Wts | C | Int | L | T | | | | | |
| 88. HHz Huntsvi AL Cap Impt | C | " | L | " | | | | | |
| 89. Auburn AL Univ Rev | C | " | L | " | | | | | |
| 90. Talladega Cty AL BED | C | " | L | " | | | | | |
| 91. Mtgy AL Tax Inc Wts | B | " | L | " | | | | | |
| 92. Decatur AL B/ED | B | " | K | " | | | | | |
| 93. Fairhope AL Util Wts | C | " | L | " | | | | | |
| 94. Ala St BED Sou Cmnty | C | " | L | " | | | | | |
| 95. xM Northwest Ala Gas | C | " | L | " | | | | | |
| 96. Baldwin Cty AL B/Ed | D | " | L | " | | | | | |
| 97. Warrior RI Ala Wtr | C | " | L | " | | | | | |
| 98. Phenix Ci AL G/O | C | " | L | " | | | | | |
| 99. Courtland AL IDB | C | " | L | " | | | | | |
| 100. Blount Cty AL Wtr Anty | C | " | | | Redeemed | 8/3 | K | | |
| 101. Shelby Cty AL B/ED | B | " | K | T | | | | | |
| 102. Opelika AL Wtr Wks | C | " | K | " | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A = $1,000 or less  B = $1,001 - $2,500  C = $2,501 - $5,000  D = $5,001 - $15,000  E = $15,001 - $50,000
F = $50,001 - $100,000  G = $100,001 - $1,000,000  H1 = $1,000,001 - $5,000,000  H2 = More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J = $15,000 or less  K = $15,001 - $50,000  L = $50,001 - $100,000  M = $100,001 - $250,000
N = $250,001 - $500,000  O = $500,001 - $1,000,000  P1 = $1,000,001 - $5,000,000  P2 = $5,000,001 - $25,000,000
P3 = $25,000,001 - $50,000,000  P4 = More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash Market
U = Book Value  V = Other  W = Estimated

# FINANCIAL DISCLOSURE REPORT

xPage 9 of kk

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/14/10 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. MUNICIPAL BONDS - ctd | | | | | | | | | |
| 87. ROBERTSDALE ALA WRTS | B | " | K | T | | | | | |
| 88. Mountain Brook AL B/Ed | B | " | K | " | | | | | |
| 89. Mobile AL Pub Edl | C | " | L | " | | | | | |
| 90. Foley AL Util brd | B | " | K | " | | | | | |
| 91. Decatur AL Cap Impt | C | " | L | " | | | | | |
| 92. Marshall Cty Al Hlt | B | " | K | " | | | | | |
| 93. Prattville AL Econ | B | " | K | " | | | | | |
| 94. Elmore Cty AL Pub Ed | B | " | K | " | | | | | |
| 95. Un South AL Univ | C | " | L | " | | | | | |
| 96. Albertville AL G/O | B | " | K | " | | | | | |
| 97. Opp Al Wts | C | " | L | " | | | | | |
| 98. Hamilton AL Pub Bldg | B | " | K | " | | | | | |
| 99. Mtgy Al Sch Wts | B | " | K | " | | | | | |
| 100. Clarke & Mobile Ctys Ala Gas Dist | B | " | K | " | | | | | |
| 101. Southeast AL Gas Dis | C | " | L | " | | | | | |
| 102. Huntsville AL PBA | C | " | L | " | | | | | |

1. Income Gain Codes: (See Columns B| and D4)   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes (See Column C2)   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   U =Book Value   V =Other   W =Estimated

# FINANCIAL DISCLOSURE REPORT
Page 2 of 11

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/14/10 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. MUNICIPAL BONDS - ctd | | | | | | | | | |
| 87. Tuscaloosa Al Wts | B | Int | K | T | | | | | |
| 88. Phenix Ci AL Sch Wts | B | " | K | " | | | | | |
| 89. Oxford Al Wts | B | " | K | " | | | | | |
| 90. AL A & M Univ | B | " | K | " | | | | | |
| 91. Ala Pub Hsg Auth | B | " | K | " | | | | | |
| 92. Ala St Pub Sch | D | " | M | " | Bought More | 9/30 | L | | |
| 93. Ala SCFFA Mobile Rev | B | " | K | " | | | | | |
| 94. Un Al Gen Rev | B | " | L | " | | | | | |
| 95. Bessemer Al Gft Util | C | " | L | " | | | | | |
| 96. Leeds AL Pub Ed Bl | B | " | L | " | | | | | |
| 97. Bham AL Spl Care Facs | C | " | M | " | Bought | 8/19 11/9 | M | | |
| 98. Auburn AL Rfdg Wts Ser | None | | L | " | Bought | 9/18 | | | |
| 99. Hoover Al B/Ed | None | | K | " | Bought 2 | 12/1 | K | | |
| 100. Madison Cty B/Ed | B | Int | L | " | Bought | 3/12 | L | | |
| 101. Mobile Al Wtr & Sewer | B | " | L | " | Bought | 3/24 | L | | |
| 102. Northeast Al Wtr Swr | None | | L | " | Bought | 10/22 | L | | |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes: (See Columns C1 and D3)
3. Value Method Codes (See Column C2)

A =$1,000 or less
F =$50,001 - $100,000
J =$15,000 or less
N =$250,001 - $500,000
P3 =$25,000,001 - $50,000,000
Q =Appraisal
U =Book Value

B =$1,001 - $2,500
G =$100,001 - $1,000,000
K =$15,001 - $50,000
O =$500,001 - $1,000,000

R =Cost (Real Estate Only)
V =Other

C =$2,501 - $5,000
H1 =$1,000,001 - $5,000,000
L =$50,001 - $100,000
P1 =$1,000,001 - $5,000,000
P4 =More than $50,000,000
S =Assessment
W =Estimated

D =$5,001 - $15,000
H2 =More than $5,000,000
M =$100,001 - $250,000
P2 =$5,000,001 - $25,000,000

T =Cash Market

E =$15,001 - $50,000

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/14/10 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. COMMON STOCKS | | | | | | | | | |
| 87. AT&T | D | Div | L | T | | | | | |
| BP PLC | D | " | M | " | | | | | |
| 89. BR MY SQUIBB | E | " | O | " | | | | | |
| 90. CAMPBELL SOUP | C | " | M | " | | | | | |
| 91. Chevron Texaco; now CHEVRON CORP | C | " | M | " | | | | | |
| 92. COCA COLA | E | " | O | " | | | | | |
| 93. EASTMAN CHEM | B | " | L | " | | | | | |
| 94. EXXON MOBIL | D | " | N | " | | | | | |
| 95. BANCO BILBAO VIZCAYA | D | " | N | " | Part sold | 3/4 | L | F | |
| 96. GENERAL ELECTRIC | C | " | M | " | | | | | |
| 97. HARTFORD FIN SER | A | " | K | " | | | | | |
| 98. ITT IND | B | " | L | " | | | | | |
| 99. IBM | C | " | N | " | | | | | |
| 100. JOHNSON & JOHNSON | E | " | O | " | | | | | |
| 101. MEADWESTVACO | D | " | M | " | | | | | |
| 102. PPG | C | " | L | " | | | | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)   U =Book Value   V =Other   W =Estimated

# FINANCIAL DISCLOSURE REPORT
Page XX of XX

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/14/10 |

## VII. INVESTMENTS and TRUSTS — *income, value. transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. COMMON STOCKS - continued | | | | | | | | | |
| 87. RAYTHEON CO NEW | A | Div | J | T | | | | | |
| 88. ROCHE HLDG LTD | D | " | N | " | | | | | |
| 89. ST. JUDE MEDICAL | None ✖ | | N | " | | | | | |
| 90. SCANA | D | Div " | M | " | | | | | |
| 91. SUNTRUST BANK | A | " | M | " | | | | | |
| 92. SYNOVUS FIN | A | " | J | " | | | | | |
| 93. TOTAL SYSTEMS SVCS | B | " | L | " | | | | | |
| 94. TRINITY IND | B | " | L | " | | | | | |
| 95. pfizer | D | " | N | " | Bought More 10/16 M | | | | |
| 96. WILLIAMS COS IND | B | " | M | " | | | | | |
| 97. CITIGROUP | None | | J | " | | | | | |
| 98. CONVERGYS CORP | None | | K | " | | | | | |
| 99. COL PTYS TR | B | Div | K | T | Part Sold 4/9 K Bought more 3/6 + Value K | | | | |
| 100. ZIMMER HLDGS INC | None | | M | T | | | | | |
| 101. BECTON DICKINSON | B | Div | L | T | | | | | |
| 102. ASTRAZENECA PLC | B | " | K | " | | | | | |

1. Income Gain Codes.   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

# FINANCIAL DISCLOSURE REPORT
Page 9 of 11

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/14/10 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. COMMON STOCKS - continued | | | | | | | | | |
| 87. mosaic co | A | Div | M | T | | | | | |
| 88. ENERGEN CORP | A | Div | L | T | Bought | 3/31 | L | | |
| 89. BANK ACCOUNT | | | | | | | | | |
| 90. Compass Bank | C | Int | K | T | | | | | |
| 91. COMMON STOCKS | | | | | | | | | |
| 92. SMUCKER J M CO NEW | A | Div | K | T | | | | | |
| 93. PROCTER & GAMBLE | C | " | N | " | Bought More | 4/8 4/13 | L K | | |
| 94. BHP BILLITON | C | " | M | " | | | | | |
| 95. CAMECO CORP | A | " | K | " | | | | | |
| 96. CANADIAN NAT RES | A | " | L | " | | | | | |
| 97. CHEASAPEAKE ENERGY | A | " | | | Sold | 12/2 | K | | |
| 98. Tim Hortons Inc (now TIM HORTONS INC (NEW)) | A | " | L | T | exchanged | 9/28 | L | D | |
| 99. REAL ESTATE | | | | | | | | | |
| 100. Yates Lake Land unimpro land in Elmore Cty AL - Purchased in 1969, 1976, swapped other land in 1998 | | | | | | | | | |
| 101. for total interest of 33% - purchase prices less than $200,000 | C | P/S | N | R | PART SOLD | 12/30 | P1 | H | |
| 102. | | CG dist | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes (See Column C2)  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/14/22 10 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. REAL ESTATE - continued Waugh Farm property | | | | | | | | | |
| 87. Waugh AL (Mtgy Cty, AL) purchased in 1978 for | | | | | | | | | |
| 88. less than $200,000; 45 percent interest | A | P/S | L | R | | | | | |
| 89. COMMON STOCKS | | | | | | | | | |
| 90. Time Warner | A | Div | J | T | Part Sold 3/30; 4/2; | J 12/3 | | | |
| 91. MERCK | A | " | K | " | | | | | |
| 92. WALMART | B | " | M | " | Part sold 12/3 L | | | | |
| 93. CARDINAL HEALTH | A | " | | | Sold 12/3 | K | | | |
| 94. SOUTHERN CO | C | " | L | T | Bought More 5/5 | L | | | |
| 95. WALGREEN CO | B | " | L | " | | | | | |
| 96. IRA # 1 | C | I/D | N | T | | | | | |
| 97. — Merrill Lynch Bank USA RASP MF — Jan thru June 2009; transferred to: FFI Instit1 | | | | | | | | | |
| 98. — Berkshire Hath Del CL A | | | | | | | | | |
| 99. — Cohen & Steers REIT & PFD Inc FD — transferred to | | | | | | | | | |
| 100. other account of Truman M. Hobbs — Cohen & Steers Select Util Fund | | | | | | | | | |
| 101. — Progress Energy | | | | | | | | | |
| 102. — 3 M Co — First Eagle Global CLC — Thornburg Intl Value FDC | | | | | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/14/10 |

## VII. INVESTMENTS and TRUSTS – *income. value. transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income. assets. or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller of private transaction |
| 86. MUNICIPAL BONDS | | | | | | | | | |
| 87. UN NORTH ALA REV | C | Int | L | T | | | | | |
| 88. ALA ST SER A 5% | C | " | L | " | | | | | |
| 89. CHEROKEE CTY ALA WTRS | B | " | L | " | | | | | |
| 90. JEFFERSON CTY ALA SWR | B | " | L | " | | | | | |
| 91. ALA 21st CTR AT TOB STL (not 31st – typo) | C | X& Int | K | " | | | | | |
| 92. DECATUR ALA WTS | A | " | K | " | | | | | |
| 93. HOOVER AL RFDG | B | " | L | " | | | | | |
| 94. HUNTSVILLE ALA NAT GAS | B | " | L | " | | | | | |
| 95. ALA MHFA SPTX | B | " | K | " | | | | | |
| 96. FOLEY ALA PUB FACS | None | | K | " | Bought | 10/13 | K | | |
| 97. SMITHS AL WTSWA | None | | L | " | Bought | 12/9 | L | | |
| 98. JACKSONVI AL ST UNIV | C | Int | L | " | Bought | 5/28 | L | | |
| 99. COMMON STOCKS Republic Svs Inc | C | Div | M | T | | | | | |
| 100. IMS Health | A | " | K | " | | | | | |
| 101. R H DONNELLEY CORP | None | | J | T | | | | | |
| 102. DUN & BRADSTR CN | A | Div | L | " | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)   A =$1.000 or less   B =$1.001 - $2.500   C =$2.501 - $5.000   D =$5.001 - $15.000   E =$15.001 - $50.000
F =$50.001 - $100.000   G =$100.001 - $1.000.000   H1 =$1.000.001 - $5.000.000   H2 =More than $5.000.000
2. Value Codes (See Columns C1 and D3)   J =$15.000 or less   K =$15.001 - $50.000   L =$50.001 - $100.000   M =$100.001 - $250.000
N =$250.001 - $500.000   O =$500.001 - $1.000.000   P1 =$1.000.001 - $5.000.000   P2 =$5.000.001 - $25.000.000
P3 =$25.000.001 - $50.000.000   P4 =More than $50.000.000
3. Value Method Codes (See Column C2)   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

# FINANCIAL DISCLOSURE REPORT
PXXXXXXXX
XXXXXXXX

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | XXXXXXXX XXXXXXX 5/14/10 |

## VII. INVESTMENTS and TRUSTS — income. value. transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income. assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy. sell. redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller of private transaction |
|---|---|---|---|---|---|---|---|---|---|
| 86. COMMON STOCKS - continued MOODY'S CORP | A | Div | L | T | | | | | |
| 87. GARTNER GROUP | None | | J | " | | | | | |
| 88. ELI LILLY | C | Div | L | T | | | | | |
| 89. SCHLUMBERGER LTD | C | " | N | T | | | | | |
| 90. TRANSOCEAN LTD Zug | None | | L | T | | | | | |
| 91. Newmont Mining | A | Div | L | " | | | | | |
| 92. Plum Creek Tmbr | C | CG dist L T | | | | | | | |
| 93. BANK DEPOSIT PROGRAM WITH BROKERAGE: (see Jud Conf ltr of 10/5/2005 and my letter toAC of 9/7/2007) | | | | | | | | | |
| 94. Citibank NA | A | Int | M | T | | | | | |
| 95. -Citicorp Trust Bk A | " | | M | " | | | | | |
| 96. -Citibank NA | | | | | | | | | |
| 97. South Dakota | D | | P1 | | | | | | |
| 98. LIMITED PARTNERSHIPS | | | | | | | | | |
| 99. Onwestsia Fund Ltd | G | Dist | P1 | T | | | | | |
| 100. Ioka Fund Ltd | G | " | " | T | | | | | |
| 101. Ala FundLtd PS | G | " | P2 | T | | | | | |
| 102. | | | | | | | | | |

1. Income Gain Codes: A =$1.000 or less    B =$1.001 - $2.500    C =$2.501 - $5,000    D =$5.001 - $15,000    E =$15.001 - $50.000
   (See Columns B1 and D4)    F =$50.001 - $100,000    G =$100.001 - $1.000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50.001 - $100,000    M =$100.001 - $250.000
   (See Columns C1 and D3)    N =$250.001 - $500,000    O =$500.001 - $1,000,000    P1 =$1,000.001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

# FINANCIAL DISCLOSURE REPORT
Page 0 of 11

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/14/1C |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. COMMON STOCKS | | | | | | | | | |
| Grainger W W Inc | A | Div | J | T | | | | | |
| 87. 3M CO | A | " | | | SOLD | 12/3 | J | | |
| 88. Medco Health So | None | | K | T | | | | | |
| 89. Freeport McMoran CPR | A | Div | L | T | | | | | |
| 90. W W Grainger | B | Div | L | T | | | | | |
| 91. Geron Corp | None | | K | T | | | | | |
| 92. Pioneer Nat R es | A | Div | L | T | | | | | |
| 93. Senomyx Inc | None | | J | T | Part Sold 4/9 J  Bought More 3/6 J | | | | |
| 94. China Fund Inc | B | Div | M | T | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $ $100 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | HOBBS, Truman. M. | 5/14/10 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. TRUST NO. 5 | G | D/I | P2 | T | | | | | |
| 87. MUNICIPAL BONDS | | | | | | | | | |
| 88. –Ala Drnk Wtr F A | | | | | | | | | |
| 89. –Huntsvi Al Wts | | | | | Redeemed 4/6 | | K | A | |
| 90. –Lauderdale Cty & | Fla | AL | | | | | | | |
| 91. –Ala St Pub Sch & | Coll | | | | | | | | |
| 92. –Jeff Cty AL Sch Wts | | | | | | | | | |
| 93. –Mtgy Ala BMC Spl | Cr | | | | Redeemed 5/15 | | K | A | |
| 94. –Mtgy Al BMC Spl CR | | | | | Part Redeemed 5/15 | | K | A | |
| 95. –Ala St Pub Sch & | Clg | | | | Redeemed 11/25 | | K | A | |
| 96. –Ala St Ser A | | | | | | | | | |
| 97. –Jeff Cty AL Swr Rev | | | | | | | | | |
| 98. –Jeff Cty Al SwrRev | | | | | | | | | |
| 99. –Auburn Un Al Rev | | | | | | | | | |
| 100. –Morgan Cty AL B/Ed | | | | | | | | | |
| 101. –Bham Al Cap Impt | | | | | | | | | |
| 102. –Ala MHFA Spyx | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes: (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

# FINANCIAL DISCLOSURE REPORT

~~Page 9 of 11~~
~~XXXXXXXX~~

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/14/10 |

## VII. INVESTMENTS and TRUSTS — *income. value. transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. TRUST NO. 5 - continued | | | | | | | | | |
| 87. -Un Ala Gen Rev | | | | | | | | | |
| 88. -Nrthwest Al GSDT Al | | | | | | | | | |
| 89. -Ala St Brd Ed Rev | | | | | | | | | |
| 90. -Limestone Cty AL B/Ed | | | | | | | | | |
| 91. -Ala Bldg Renovation | | | | | | | | | |
| 92. -Mtgy Cnty Al Pub | | | | | | | | | |
| 93. -Bham AL WWKS - Swr | | | | | | | | | |
| 94. -Phenix City AL Wts | | | | | | | | | |
| 95. -Harvst Monrovia Wtr | | | | | | | | | |
| 96. -Mobile Ala Pub Edl Bldg | | | | | | | | | |
| 97. -Ala A & M | | | | | | | | | |
| 98. -Ala sCFFA Mobile | | | | | | | | | |
| 99. -Foley AL Pub FACS | | | | | Bought | 10/13 | K | | |
| 100. -Enterprise AL Sch Wts | | | | | Bought | 4/8 | K | | |
| 101. -Smiths AL WTSWA | | | | | Bought | 12/09 | J | | |
| 102. -Andalusia AL Wts / -Jacksonville AL St Univ | | | | | Bought / Bought | 9/4 / 5/28 | L / L | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

# FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | HOBBS, Truman M. | 5/14/10 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. TRUST NO. 5 - continued: | | | | | | | | | |
| 87. CORPORATE BOND R | | | | | | | | | |
| 88. -NM Gen Mtrs Accept | | | | | | | | | |
| 89. COMMON STOCKS: | | | | | | | | | |
| 90. -AT&T | | | | | | | | | |
| 91. -Wyeth - exchanged for Pfizer | | | | | Exchange | 10/16 | M | G | |
| 92. -BP PLC | | | | | | | | | |
| 93. -Progress Energy | | | | | | | | | |
| 94. -Chevron Texaco (Now Chevron) | | | | | | | | | |
| 95. -Halliburton | | | | | | | | | |
| 96. -EDS Corp New (acquired by Hewlett-Packard in Sept 2009 ; known as HP Enterprise) | | | | | | | | | |
| 97. -Energen | | | | | | | | | |
| 98. -Exxon Mobil | | | | | Part sold | 5/28 | M | G | |
| 99. -Wachovia Corp New (merged with Wells Fargo) | | | | | Sold | 12/8 | K | | |
| 100. -Flowers Foods Inc | | | | | | | | | |
| 101. -TriContinental Corp | | | | | Sold | 12/18 | L | | |
| 102. -Verizon | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 9 of 11

| Name of Person Reporting | Date of Report. |
|---|---|
| HOBBS, Truman M. | 5/14/10 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. TRUST NO. 5 - continued | | | | | | | | | |
| 87. Common Stocks - continued | | | | | | | | | |
| 88. -General Electric | | | | | | | | | |
| 89 -IBM | | | | | | | | | |
| 90 -Eli Lilly | | | | | | | | | |
| 91. -3M Co | | | | | | | | | |
| 92. -Excel (Xcel) Energy | | | | | | | | | |
| 93 -Illinois Tool Wks | | | | | | | | | |
| 94 -Procter & Gamble | | | | | | | | | |
| 95 -Royal Dutch | | | | | | | | | |
| 96 -El Paso Energy | | | | | Sold | 12/18 | K | | |
| 97 -Southern Co | | | | | | | | | |
| 98 -Synovus Fin | | | | | | | | | |
| 99 -Total Sys Svs | | | | | | | | | |
| 100 -Citigroup | | | | | Sold | 12/18 | J | | |
| 101 -St Paul Travelers (now known as Travelers) | | | | | | | | | |
| 102. -Colonial Pptys T SBIAL | | | | | Sold | 12/18 | K | | |

1 Income Gain Codes        A =$1,000 or less       B =$1,001 - $2,500       C =$2,501 - $5,000       D =$5,001 - $15,000       E =$15,001 - $50,000
  (See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000 H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2 Value Codes             J =$15,000 or less      K =$15,001 - $50,000     L =$50,001 - $100,000    M =$100,001 - $250,000
  (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000 P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                          P3 =$25,000,001 - $50,000,000                     P4 =More than $50,000,000
3 Value Method Codes       Q =Appraisal           R =Cost (Real Estate Only)  S =Assessment           T =Cash Market
  (See Column C2)          U =Book Value          V =Other                  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/14/10 |

Page 22

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. TRUST NO. 5 - continued; COMMON STOCKS - continued | | | | | | | | | |
| 87. -Barrick Gold Corp | | | | | | | | | |
| 88. -Cohen & Steers Select Util Fd | | | | | sold | 12/18 | J | | |
| 89. -Johnson & Johnson | | | | | bought more | 12/22 | K | | |
| 90. -Cohen & Steers REIT and Pfd Inc Fd | | | | | sold | 12/18 | K | | |
| 91. -Kinder Morgan Energy Partners | | | | | | | | | |
| 92. -Lincoln Ntl Corp Ind NPV | | | | | | | | | |
| 93. -Reliant Energy Inc (known now as RRI Energy) | | | | | | | | | |
| 94. -Schlumberger Ltd | | | | | sold | 12/18 | K | | |
| 95. -Buckeye Partners | | | | | Bought | 12/22 | K | | |
| 96. -Emerson Electric | | | | | Bought | 12/22 | K | | |
| 97. -Honeywell Intl Inc | | | | | Bought | 12/22 | K | | |
| 98. MUTUAL FUNDS/CLOSED END FUNDS | | | | | | | | | |
| 99. -Templeton World Fd CL L | | | | | | | | | |
| 99. -Van Kampen Amer Cap Comstock CLA | | | | | Sold | 4/17 | J | | |
| 100. -Pioneer Bond Fund | | | | | Bought | 9/4 | K | | |
| 101. COMMON STOCK | | | | | | | | | |
| 102. -Enterprise Products Prtn LP | | | | | | | | | |

1. Income Gain Codes. (See Columns B1 and D4)
A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)
J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes (See Column C2)
Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
U =Book Value    V =Other    W =Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Hobbs, Truman M. | 5/14/10 |

## VII. INVESTMENTS and TRUSTS – income. value. transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income. assets. or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div.. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy. sell. redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. TRUST NO. 6 | G | D/I | P1 | T | | | | | |
| -M Lynch CMA MF (Jan thru July 2009; thereafter transferred to FFI Instil fund) | | | | | | | | | |
| MUNICIPAL BONDS | | | | | | | | | |
| -Ala St Pub Sch/Clg | | | | | redeemed | 11/25 | K | A | |
| -Auburn Ala Sch Wts | | | | | | | | | |
| -Univ Ala Univ Revs | | | | | | | | | |
| -Ala Judicial Bldg | | | | | | | | | |
| -Mobile Cnty AL Impt | | | | | | | | | |
| -Hoover Al Brd Ed Cap | | | | | | | | | |
| -Ala SCFFA Mobile rev | | | | | | | | | |
| -Madison Ala Wts | | | | | Bought | 4/1 | L | | |
| -Enterprise AL Sch Wts | | | | | Bought | 4/8 | K | | |
| -Smiths AL WTSWA | | | | | Bought | 12/9 | K | | |
| -Mobile AL Wtr-Swr | | | | | Bought | 4/1 | K | | |
| CORPORATE BOND | | | | | | | | | |
| -NM Gen Mtrs Accept | | | | | | | | | |
| | | | | | | | | | |

Income Gain Codes    A =$1.000 or less    B =$1,001 - $2,500    =$2,501 - $5,000    D =$5,000 - $15,000    E =$15,001 - $50,000
See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    =$50,001 - $100,000    M =$100,001 - $250,000
See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
Value Method Codes    Q =Appraisal    R =Cost (Real Estate Univ)    S =Assessment    T =Cash Market
Column C2    U =Book Value    V =Other    W =Estimated

# FINANCIAL DISCLOSURE REPORT
Page 2 of 11

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/14/10 |

## VII. INVESTMENTS and TRUSTS – income. value. transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income. assets. or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g.. buy. sell. redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. TRUST NO. 6 – continued | | | | | | | | | |
| 87 COMMON STOCKS | | | | | | | | | |
| 88. –Abbott Labs | | | | | | | | | |
| 89 –Cafdinal Health | | | | | | | | | |
| 90 –Baxter Intl | | | | | | | | | |
| 91 –Coca Cola | | | | | | | | | |
| 92 –General Mills | | | | | | | | | |
| 93 –Kellogg Co | | | | | | | | | |
| 94 –Caremark | | | | | | | | | |
| 95 _Pfizer | | | | | | | | | |
| 96 –Altria | | | | | | | | | |
| 97 –Kraft | | | | | | | | | |
| 98 –Philip Morris | | | | | | | | | |
| 99 –El Paso Corp | | | | | | | | | |
| 100 –Suntrust Bank | | | | | | | | | |
| 101 –Elan Corp PLC | | | | | | | | | |
| 102. –Schlumberger Ltd | | | | | | | | | |

1 Income Gain Codes A =$1,000 or less B =$1,001 - $2,500 c -$2,501 - $5,000 D =$5,001 - $15,000 E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000 G =$100,001 - $1,000,000 H1 - $1,000,001 - $5,000,000 H2 - More than $5,000,000
2 Value Codes J =$15,000 or less K =$15,001 - $50,000 L -$50,001 - $100,000 M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000 O =$500,001 - $1,000,000 P1 =$1,000,001 - $5,000,000 P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000 P4 - More than $50,000,000
Value Method Codes Q =Appraisal R =Cost (Real Estate Only) S =Assessment T =Cash Market
(See Column C2) U =Book Value V =Other W =Estimated

# FINANCIAL DISCLOSURE REPORT
Page 9 of 11

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/14/10 |

## VII. INVESTMENTS and TRUSTS  -- income. value. transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income. assets. or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. TRUST No.6 continued - COMMON STOCKS - ctd | | | | | | | | | |
| 87.   -Edwards Life Sciences | | | | | | | | | |
| 88.   -Intel Corp | | | | | | | | | |
| 89.   -Nortel Ntwks Corp | | | | | Sold | 4/17 | J | | |
| 90.   -Cisco Systems | | | | | | | | | |
| 91.   -Johnson & Johnson | | | | | | | | | |
| 92.   -Hospira Inc | | | | | Sold | 4/17 | J | B | |
| 93.   -Cohen & Steers REIT Pfd Inc Fd | | | | | | | | | |
| 94.   -Cohen & Steers REIT & Utilities Inc Fd | | | | | | | | | |
| 95.   -Becton & Dickinson | | | | | | | | | |
| 96.   -Du Pont E I DeNemours | | | | | | | | | |
| 97.   -Eaton Vance Tax Man GLB | | | | | | | | | |
| 98.   -Duke Energy Corp New | | | | | | | | | |
| 99.   -Spectra Energy | | | | | | | | | |
| 100.   -Amer Intl Groupp | | | | | | | | | |
| 101.   -Banco B Viz Argt | | | | | | | | | |
| 102.   -Colonial Bank Gr | | | | | | | | | |

1 Income Gain Codes    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
  (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
  (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
     P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
  (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Page 26 Date of Report |
|---|---|
| HOBBS, Truman M. | 5/14/10 |

## VII. INVESTMENTS and TRUSTS — *income. value. transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income. assets. or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy. sell. redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. TRUST NO. 6 - ctd; COMMON STOCKS - ctd | | | | | | | | | |
| 87. -Kinder Morgan Energy | | | | | | | | | |
| 88. -Medco Health Solutions | | | | | | | | | |
| 89. -Walgreen | | | | | | | | | |
| 90. -3 M Company | | | | | | | | | |
| 91 -Enterprise Prdts Prtn LP | | | | | | | | | |
| 92 -Transocean Ltd | | | | | Bought More 4/20 K | | | | |
| 93 -Wells Fargo & Co New | | | | | | | | | |
| 94 -Monsanto Co New Del Com | | | | | Bought | 4/1 | K | | |
| 95. -Buckeye Partners LP | | | | | Bought | 12/11 | L | | |
| 96 MUTUAL FUNDS/CLOSED END FUNDS | | | | | | | | | |
| 97 NOTE: The following not previously reported due to inadvertency. | | | | | | | | | |
| 98 -American Capital | | | | | Bought 3/26/07 K | | | | |
| 99 -DWS Gold & Prec Met | | | | | Bought 12/29/05 K | | | | |
| 100 -Templeton Growth | | | | | Bought 3/26/07 K | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| 1 Income Gain Codes. (See Columns B1 and D4) | A =$1.000 or less | B =$1.001 - $2.500 | C =$2.501 - $5.000 | D =$5.001 - $15.000 | E =$15.001 - $50.000 |
|---|---|---|---|---|---|
| | F =$50.001 - $100.000 | G =$100.001 - $1.000.000 | H1 =$1.000.001 - $5.000.000 | H2 =More than $5.000.000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15.000 or less | K =$15.001 - $50.000 | L =$50.001 - $100.000 | M =$100.001 - $250.000 | |
| | N =$250.001 - $500.000 | O =$500.001 - $1.000.000 | P1 =$1.000.001 - $5.000.000 | P2 =$5.000.001 - $25.000.000 | |
| | P3 =$25.000.001 - $50.000.000 | | P4 =More than $50.000.000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

XXXXXXXX XXXXXXXXX

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/14/10 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544